```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,      )
                               )
                Plaintiff      )     1:84-cv-00039 OWW JLT
                               )
     v.                        )     ORDER TO SHOW CAUSE
                               )
BAKERSFIELD CITY SCHOOL        )
DISTRICT, ET. AL.              )
                               )
                Defendant      )
```

     Pursuant to the Status Report filed by Bakersfield City School

District and School Board of the Bakersfield School District on

June 28, 2010. Parties are to Show cause why Consent Decree should

not be terminated and case be closed by 9/10/2010.

     Any support or opposition shall be filed on or before August

26, 2010.  The matter shall be heard September 8, 2010 at 10:30

a.m. in courtroom 3.


IT IS SO ORDERED.

**Dated:    July 22, 2010**                        **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

1