UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:84-cv-0039 OWW JLT |
| | ) | |
| Plaintiff, | ) | ORDER RESCINDING ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| | ) | |
| BAKERSFIELD CITY SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The July 22, 2010 Order to Show Cause was inadvertently entered in this case.  That July 22, 2010 Order is RESCINDED.

IT IS SO ORDERED.

Dated:   **July 29, 2010**          _____/s/ **Oliver W. Wanger**_____
                                    UNITED STATES DISTRICT JUDGE

1