THOMAS E. PEREZ
Assistant Attorney General
AMY I. BERMAN
FRANZ R. MARSHALL
PAULINE A. MILLER
MARK A. DANN (counsel for service)
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., N.W.
Patrick Henry Building, Suite 4300
Washington, DC  20530
202-305-1231
BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
2500 Tulare, Suite 4401
Fresno, CA  93721
559-497-4000
Attorneys for Plaintiff

JOHN J. COFFEY
Rothschild, Barry & Myers, LLP
55 West Monroe Street, Suite 3900
Chicago, Illinois 60603
312-372-2345
Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) 1:84-CV-0039 OWW JLT |
| | ) |
| **BAKERSFIELD CITY SCHOOL DISTRICT; SCHOOL BOARD OF THE BAKERSFIELD CITY SCHOOL DISTRICT; HERBERT M. COLE, JR., Superintendent,** | ) **NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER** |
| | ) |
| **Defendants.** | ) |

Pursuant to Local Rule 182(g), Pauline A. Miller, by and through the United States Attorney for the Eastern District of California, Benjamin B. Wagner, hereby gives notice to the Court and the parties of her withdrawal as attorney of record for Plaintiff United States of America in the above-captioned case.  Attorney Mark A. Dann, whose address is listed above, entered his appearance as attorney of record for United States in substitution for Ms. Miller on July 30, 2010.

                                                  Respectfully submitted,

BENJAMIN B. WAGNER　　　　　　　　　THOMAS E. PEREZ
United States Attorney　　　　　　　　　　　Assistant Attorney General


                                                  /s/ Pauline A. Miller
                                               PAULINE A. MILLER
                                               Civil Rights Division
                                               United States Department of Justice
                                               950 Pennsylvania Ave., N.W.
                                               NALC, Suite 400
                                               Washington, DC  20530
                                               pauline.a.miller@usdoj.gov
                                               Tel: 202-514-2179

IT IS SO ORDERED.

  Dated:   **August 13, 2010**　　　　　　　　　　**/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE