IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAKERSFIELD CITY SCHOOL DISTRICT AND SCHOOL BOARD OF BAKERSFIELD CITY SCHOOL DISTRICT; HERBERT M. COLE, JR., Superintendent,<br><br>　　　　Defendants. | Case No.  1:84-CV-00039 OWW<br><br>**ORDER ON JOINT MOTION OF THE UNITED STATES OF AMERICA, PLAINTIFF, AND BAKERSFIELD CITY SCHOOL DISTRICT AND SCHOOL BOARD OF THE BAKERSFIELD CITY SCHOOL DISTRICT, DEFENDANTS**<br><br>Date of Hearing: January 10, 2011<br>Time: 10:00 a.m.<br>Courtroom 3<br>Assigned to All Purposes to:<br>Judge Oliver W. Wanger<br>Courtroom: 3 |
|---|---|

　　The Joint Motion of The United States Of America (Plaintiff) and Bakersfield City School District And School Board Of The Bakersfield City School District (Defendants) came on regularly for hearing on January 10, 2011, before the Honorable Oliver W. Wanger, in Courtroom 3 of the United States District Court, Eastern District of California, Fresno Division.

　　The United States of America, Plaintiff, and Bakersfield City School District and the School Board of Bakersfield City School District, Defendants, jointly moved for a declaration of unitary status, that the Consent Decree be terminated and that the case be dismissed. No objections were received by the Court.

　　///

1

ORDER ON JOINT MOTION OF THE UNITED STATES OF AMERICA, PLAINTIFF, AND BAKERSFIELD CITY SCHOOL DISTRICT, ETC., DEFENDANTS

LB 434356v1

After full consideration of the evidence and good cause appearing therefore, IT IS HEREBY ORDERED AND DECLARED that:

(1) Defendant Bakersfield City School District has achieved unitary status;

(2) The 1984 Consent Decree, as subsequently modified by the 1986 and 1990 Orders, is TERMINATED; and

(3) This case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: **January 18, 2011**         **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

ORDER ON JOINT MOTION OF THE UNITED STATES OF AMERICA, PLAINTIFF, AND BAKERSFIELD CITY SCHOOL DISTRICT, ETC., DEFENDANTS
LB 434356v1